791 A.2d 215

IN THE MATTER OF LAWRENCE J. MCGIVNEY,
AN ATTORNEY AT LAW.

March 8, 2002.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–060, concluding that a letter of admonition should be issued to **LAWRENCE J. McGIVNEY** of **FLORHAM PARK,** who was admitted to the bar of this State in 1990, for violating *RPC* 3.3(a)(5) (failure to disclose material fact knowing that tribunal may be mislead), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.